IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON J. KILBORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00475 |
| ) | |
| MICHAEL AMIRIDIS, CARYN A. BILLS, ) | Judge John Z. Lee |
| JULIE M. SPANBAUER, DONALD KAMM, ) | |
| and ASHLEY DAVIDSON, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

Plaintiff Jason J. Kilborn, pursuant to Local Rule 83.17, respectfully moves for leave to substitute his counsel of record in this action. Plaintiff requests leave of court to withdraw the appearance of Wayne B. Giampietro and to file the appearance of Paul K. Vickrey as substitute lead counsel. Attorney Vickrey is a member of the trial bar of this court.

Respectfully submitted,

/s/ *Wayne B. Giampietro*
Wayne B. Giampietro
POLTROCK & GIAMPIETRO
123 W. Madison St., Suite 1300
Chicago, IL 60602
(312) 236-0606
Attorney I.D. 0947776
wgiampietro@giampietrolaw.com

Paul K. Vickrey (vickrey@vvnlaw.com)
VITALE, VICKREY, NIRO, SOLON &
GASEY LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606
(312) 236-0733

*Attorneys for Plaintiff, Jason Kilborn*