**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Jason J. Kilborn
                              Plaintiff,

v.                                                  Case No.: 1:22−cv−00475
                                                        Honorable Sara L. Ellis

Michael Amiridis, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 12, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone Conference set for 9/28/2022 at 9:30 AM. This case has been re−assigned to the calendar of Judge Sara L. Ellis. All previously set status dates are stricken. All previously set discovery schedules remain intact. All previously set briefing schedules remain intact. Parties will not be required to file proposed orders along with their motions. All noticed motion dates are vacated. The Court will set new dates for filed but un−noticed motions at the reassignment joint status conference. The parties are directed not to notice any motions, with the exception of emergency motions, prior to appearing at the reassignment joint status conference. For all emergency motions arising prior to the date scheduled for the reassignment joint status conference, the parties are directed to contact chambers. To help the Court learn about the case, it is hereby ordered that by 9/21/2022, counsel are to confer, prepare, and file a joint status report, not to exceed five pages. If the defendant's counsel has not yet filed an appearance, the status report should be prepared by the plaintiff's counsel. The report shall contain the information requested in the attached Initial Status Report For Reassigned Case in the format provided. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (866) 434−5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.