IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON J. KILBORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00475 |
| ) | |
| MICHAEL AMIRIDIS, CARYN A. BILLS, ) | Judge Sara L. Ellis |
| JULIE M. SPANBAUER, DONALD KAMM, ) | Magistrate Judge Sheila M. Finnegan |
| and ASHLEY DAVIDSON, ) | |
| ) | |
| Defendants. ) | |

**INITIAL STATUS REPORT FOR REASSIGNED CASE**

Pursuant to the Court's September 12, 2022 Order (Dkt. 38), the Parties respectfully submit their Initial Status Report for Reassigned Case.

**1. NATURE OF THE CASE**

    **A. The Attorneys of Record for Each Party**

*Attorneys for Plaintiff*:
Paul K. Vickrey (vickrey@vvnlaw.com)
Patrick F. Solon (solon@vvnlaw.com)
Dylan M. Brown (brown@vvnlaw.com)
VITALE, VICKREY, NIRO, SOLON &
GASEY LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Defendants*:
John F. Kennedy (jkennedy@taftlaw.com)
Elizabeth E. Babbitt (ebabbitt@taftlaw.com)
Paul J. Coogan (pcoogan@taftlaw.com)
Elizabeth A. Winkowski
(ewinkowski@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 527-4000
Fax: (312) 527-4011

    **B. Basis for Federal Jurisdiction**

The Amended Complaint (Dkt. 9) invokes federal-question jurisdiction, 28 U.S.C. §§ 1331, 1343, arising from Kilborn's constitutional claims under 42 U.S.C. § 1983. Kilborn also has state-law claims based on supplemental jurisdiction, 28 U.S.C. § 1367.

74848922v1

### C. Nature of the Claims Asserted in the Complaint and any Counterclaims

Plaintiff, a law professor at University of Illinois Chicago, alleges in his Amended Complaint (Dkt. 9) six counts against Defendants in their individual and official capacities: (I) violation of the First and Fourteenth Amendments of the U.S. Constitution by allegedly "punishing" Plaintiff for speech and "compelling him to adopt speech with which he disagrees," (*Id.* ¶ 60); (II) violation of the University of Illinois Statutes;[1] (III) violation of the Fifth and Fourteenth Amendments of the U.S. Constitution by allegedly violating Plaintiff's rights to due process; (IV) defamation per se; (V) false light; and (VI) intentional infliction of emotional distress.

Defendants moved to dismiss the Amended Complaint (Dkt. 20), and have not filed an answer or counterclaims.

### D. Relief Sought by Plaintiff

Plaintiff's Amended Complaint seeks:

a) a declaratory judgment that Defendants' punishment and compulsion of Plaintiff's speech violates the First, Fifth, and Fourteenth Amendments as well as the University of Illinois Statutes;

b) an order of specific performance requiring Defendants to abide by their contractual obligations of freedom of speech and academic freedom to Plaintiff under the University of Illinois Statutes;

c) a permanent injunction barring Defendants from enforcing the antidiscrimination policy in a way that violates faculty and student rights under the First, Fifth, and Fourteenth Amendments and the University of Illinois Statutes;

d) compensatory and punitive damages in an amount to be determined at trial; and

e) attorney's fees and expenses under 42 U.S.C. § 1988.

---

[1] Plaintiff's Opposition to Defendants' Motion to Dismiss states that Count II is not a separate claim for relief. (Dkt. 23 at 2 n.1).

(*See* Dkt. 9 at 20, Prayer for Relief.) Defendants maintain that they are not liable to Plaintiff and that Plaintiff should be awarded no damages.

### E. Names of any Parties Not Served

All Parties are served and have appeared.

**2. PENDING MOTIONS AND CASE PLAN**

### A. All Pending Motions

- Defendants' Motion to Dismiss under Fed. R. Civ. P. 12 (Dkt. 20) is fully briefed. Related filings are Plaintiff's Opposition (Dkt. 23), Defendants' Reply (Dkt. 31), and Plaintiff's Surreply (Dkt. 35).

- Defendants' Opposed Motion for Sanctions under Fed. R. Civ. P. 11 (Dkt. 29) is fully briefed. Related filings are Defendants' Supporting Memorandum of Law (Dkt. 30) and Plaintiff's Opposition (Dkt. 33).

### B. Discovery Taken, to be Taken and any Discovery Schedule

Judge John Z. Lee entered an order staying discovery pending ruling on the motion to dismiss. (Dkt. 19).

### C. Brief Description of all Substantive Rulings Issued

None.

### D. All Anticipated Motions

No additional motions are anticipated at this time.

### E. Trial

1. The Parties request a jury trial.

2. The Parties currently anticipate that a trial would take 5-7 court days.

3. The Parties cannot yet estimate when the case will be ready for trial because discovery has been stayed by court order.

4. A final pretrial order has not been filed, and no deadlines have been set for the case.

F.   **Whether the Parties Agree to Service by Electronic Means**

All Parties have agreed to electronic service.

3.   **REFERRALS AND SETTLEMENT**

A.   **Whether Case has been Referred to Magistrate-Judge**

There has been no referral to a magistrate judge.

B.   **Whether Settlement Discussions have Occurred and the Status**

The Parties, through counsel, discussed settlement on March 23, 2022. No further settlement discussions are anticipated at this time.

C.   **Whether Parties Request a Settlement Conference**

The Parties do not request a settlement conference at this time.

D.   **Whether the Parties Agree to Proceed Before a Magistrate-Judge for all Purposes**

The Parties do not agree to proceed before a magistrate judge.

Dated: September 20, 2022                         Respectfully submitted,

| /s/ *Paul K. Vickrey* | /s/ *John F. Kennedy* |
|---|---|
| Paul K. Vickrey (vickrey@vvnlaw.com) | John F. Kennedy (jkennedy@taftlaw.com) |
| Patrick F. Solon (solon@vvnlaw.com) | Elizabeth E. Babbitt (ebabbitt@taftlaw.com) |
| Dylan M. Brown (brown@vvnlaw.com) | Paul J. Coogan (pcoogan@taftlaw.com) |
| VITALE, VICKREY, NIRO, SOLON & GASEY LLP | Elizabeth A. Winkowski (ewinkowski@taftlaw.com) |
| 311 S. Wacker Dr., Suite 2470 | TAFT STETTINIUS & HOLLISTER LLP |
| Chicago, IL 60606 | 111 East Wacker, Suite 2800 |
| (312) 236-0733 | Chicago, IL 60601 |
| Fax: (312) 236-3137 | (312) 527-4000 |
| | Fax: (312) 527-4011 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |